**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARINE FUELING SERVICE, INC., as Owner/Operator of the M/V MISS TERRI and its equipment, tackle, apparel and appurtenances, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | § § § § § § § § § | CIVIL ACTION NO. 1:25-CV-00587-MJT |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, this proceeding is before the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

On June 20, 2026, Judge Stetson issued a Report and Recommendation [Dkt. 28] advising this Court to grant Limitation Petitioner Marine Fueling Service Inc.'s Unopposed Motion for Entry of Default Judgment [Dkt. 18] and to enter a default judgment against all claimants that have not filed a claim, answer, and/or otherwise moved for leave to intervene in this proceeding. No objections to the Report and Recommendation have been filed and the time to object has now passed. As such, this Court reviews the Report and Recommendation for clear error, and it finds none. Therefore, it is

**ORDERED** that the Report and Recommendation [Dkt. 28] is **ADOPTED** that Marine Fueling Service Inc.'s Unopposed Motion for Entry of Default Judgment [Dkt. 18] is **GRANTED**. It is

**HEREBY ORDERED, ADJUDGED,** and **DECREED** that by way of Entry of Default Judgment that a Default Judgment be entered against all persons, firms, and/or entities who have

not timely filed a claim in this action with regard to the incident involving the M/V MISS TERRI and Jospeh Prothro in May 2024 that formed the basis of Limitation Petitioner's limitation of liability action. It is

**FURTHER ORDERED, ADJUGDED,** and **DECREED** that all such non-appearing claimants against whom default judgment is entered shall be barred and precluded from filing or asserting any claims and/or answers in these proceedings or any other proceedings with regard to the incident involving the M/V MISS TERRI and Jospeh Prothro in May 2024 that formed the basis of Limitation Petitioner's limitation of liability action.

**SIGNED this 6th day of August, 2026.**

Michael J. Truncale
United States District Judge